BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: August 26, 2005    AT: 2:00 - 5:30 PM

CIVIL CAUSE FOR: ORDER TO SHOW CAUSE HEARING

CASE NUMBER: CV-05-3807

TITLE: FOLEY V. BAYPORT/BLUEPOINT UNION FREE SCHOOL DISTRICT

APPEARANCES:
   FOR PLAINTIFF: PATRICIA FINN, ESQ.
   FOR DEFENDANT: DAVID COHEN, ESQ

   COURT REPORTER: HARRY RAPAPORT

- [X] CASE CALLED.
- [X] COUNSEL FOR ALL SIDES PRESENT.
- [ ] COUNSEL FOR _____ NOT PRESENT.
- [X] HEARING HELD ON MOTION BY PLAINTIFFS FOR PRELIMINARY INJUNCTION
- [X] DECISION ENTERED ON THE RECORD.
- [X] THE FOLLOWING RULINGS WERE MADE: FINDINGS OF FACT ARE PLACED ON THE RECORD. THE COURT FINDS THAT PLAINTIFF HAS ESTABLISHED THAT HER RELIGIOUS BELIEFS AGAINST IMMUNIZING HER CHILD ARE SINCERELY AND GENUINELY HELD. THE COURT GRANTS PLAINTIFFS MOTION.
THE COURT HEREBY ORDERS THAT KRISTIN FOLEY IS GRANTED AN EXEMPTION FROM OBTAINING IMMUNIZATIONS BEFORE BEING PERMITTED TO REGISTER FOR SCHOOL AND DIRECTS THE BAYPORT/BLUEPOINT SCHOOL DISTRICT TO REGISTER KRISTIN FOLEY FOR THE 2005 FALL SCHOOL TERM.
NO BOND WILL BE REQUIRED TO BE POSTED BY PLAINTIFFS.